## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

DAVID MAHLER                                          CIVIL ACTION

VERSUS                                                No.  05-0378

BARON KAYLO, WARDEN                                   SECTION:  I/5

### ORDER AND REASONS

The Court, having considered the petition, the record, the applicable law, the Report and

Recommendation of United States Magistrate Judge Alma L. Chasez, and petitioner's objection

to the Report and Recommendation, hereby approves the Report and Recommendation of the

United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that the federal petition of David Mahler for habeas corpus relief is

**DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, November __30th__, 2006.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE